IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES E. WHITNEY**                                                                  **PLAINTIFF**
**ADC #163817**

**v.**                        **CASE NO. 5:17-CV-00173 BSM**

**WENDY KELLY,**
**Director, ADC, et al.**                                                   **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge J. Thomas Ray and plaintiff James Whitney's objection [Doc. No. 7] thereto have been received. After *de novo* review, the recommended disposition is adopted in its entirety. Accordingly, Whitney's motion for ruling [Doc. No. 5] is granted; the relief sought in Whitney's petition and amended petition [Doc. Nos. 1, 2] is denied; this case is dismissed without prejudice; and it is certified that an *in forma pauperis appeal* from this order and judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of August 2017.

                                                                               _____
                                                                            UNITED STATES DISTRICT JUDGE